1  Scott Edward Cole (SB# 160744)  scole@scalaw.com
   Matthew R. Bainer (SB# 220972)  mbainer@scalaw.com
2  Hannah R. Salassi (SB# 230117)  hsalassi@scalaw.com
   SCOTT COLE & ASSOCIATES, APC
3  1970 Broadway, Ninth Floor
   Oakland, CA  94612
4  Telephone: (510) 891-9800
   Facsimile: (510) 891-7030
5
   Attorneys for Plaintiffs
6  JACOB BALTAZAR, CLAUDIA KELLER, JOHN R. BROWNING,
   and all others similarly situated
7
   David M. Walsh (SB# 120761)  davidwalsh@paulhastings.com
8  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
9  Twenty-Fifth Floor
   Los Angeles, CA  90071
10 Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
11
   Thomas A. Counts (SB# 148051)  tomcounts@paulhastings.com
12 Eric A. Long (SB# 244147)  ericlong@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
13 55 Second Street
   Twenty-Fourth Floor
14 San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
15 Facsimile:  (415) 856-7100

16 Attorneys for Defendant
   APPLE INC.
17

18                 UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                        OAKLAND DIVISION

| 21 | JACOB BALTAZAR, CLAUDIA KELLER, JOHN R. BROWNING, individually, and on behalf of all others similarly situated, | CASE NO. C 10-03231 EMC |
|---|---|---|
| 22 | | **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT** |
| 23 | Plaintiff, | ORDER |
| 24 | vs. | Complaint Filed:  July 23, 2010 |
| 25 | APPLE INC., | |
| 26 | Defendant. | |

27
28

Case No. C 10-03231 EMC

STIPULATION EXTENDING DEADLINE
TO RESPOND TO COMPLAINT

1  WHEREAS, on July 30, 2010, Plaintiffs served Apple with the Complaint;

2  WHEREAS, Apple's response to the Complaint is due by August 20, 2010;

3  WHEREAS, the parties have agreed to extend Apple's deadline to respond to the Complaint to and including September 20, 2010;

5  WHEREAS, this extension will not alter the date of any event or any deadline already fixed by Court order.

7  NOW THEREFORE, pursuant to Northern District Court Civil Local Rule 6-1(a), the parties to this action, by and through their undersigned counsel, hereby stipulate and agree that, Apple shall file and serve its response to the Complaint by September 20, 2010.

DATED:  August 18, 2010          SCOTT COLE & ASSOCIATES APC


By:          /s/ Scott E. Cole
                 SCOTT E. COLE

Attorneys for Plaintiffs
JACOB BALTAZAR, et al.


DATED:  August 18, 2010          PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:          /s/ Thomas A. Counts
                 THOMAS A. COUNTS

Attorneys for Defendant
APPLE INC.

I attest that concurrence in the filing of this document has been obtained from Scott Cole for Plaintiffs.

By: /s/ Thomas A. Counts
Thomas A. Counts
Attorney for Defendant
APPLE INC.

LEGAL_US_W # 65517140.1

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen*

-1-

Case No. C 10-03231 EMC                STIPULATION EXTENDING DEADLINE TO RESPOND TO COMPLAINT