1  Scott Edward Cole, Esq. (S.B. #160744)
   Matthew R. Bainer, Esq. (S.B. #220972)
2  Hannah R. Salassi, Esq. (S.B. #230117)
   **SCOTT COLE & ASSOCIATES, APC**
3  1970 Broadway, Ninth Floor
   Oakland, California 94612
4  Telephone: (510) 891-9800
   Facsimile:  (510) 891-7030
5  email:  scole@scalaw.com
   email:  mbainer@scalaw.com
6  email:  hsalassi@scalaw.com
   Web:  www.scalaw.com
7
   Attorneys for Representative Plaintiffs
8  and the putative Plaintiff Classes

9

10              **UNITED STATES DISTRICT COURT**

11     **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

12

13  JACOB BALTAZAR, CLAUDIA            )    **Case No. C10-03231 JF**
    KELLER, JOHN R. BROWNING,          )
14  individually, and on behalf of all others )   **CLASS ACTION**
    similarly situated,                )
15                                     )    **DECLARATION OF MATTHEW R. BAINER**
                         Plaintiffs,   )    **IN SUPPORT OF  PLAINTIFFS'**
16                                     )    **OPPOSITION TO DEFENDANT'S MOTION**
    vs.                                )    **TO DISMISS FIRST AMENDED**
17                                     )    **COMPLAINT**
    APPLE, INC.,                       )
18                                     )    **Date:   January 28, 2011**
                         Defendant.    )    **Time:  9:00 a.m.**
19                                     )    **Dept.: Courtroom 3, 5th Floor**
                                       )    **Judge: The Hon. Jeremy Fogel**
20  ─────────────────────────────

21  I, Matthew R. Bainer, do hereby declare as follows:

22          1.      I am an attorney-at-law, licensed to practice in all jurisdictions of this State, and I am

23  the Senior Associate Attorney with the law offices of Scott Cole & Associates, APC ("SCA"),

24  attorneys-of-record for the Plaintiffs Jacob Baltazar, Claudia Keller, John R. Browning ("Plaintiffs")

25  and the putative Plaintiff classes in the above-captioned proceeding.

26          2.      I make these statements based on personal knowledge, would so testify if called as a

27  witness at trial and have personal knowledge of the foregoing. I make this declaration in support of

28  Plaintiffs' Opposition to Defendant's Motion to Dismiss First Amended Complaint.

*(sidebar, left margin, rotated)*
SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

3.     Attached hereto as Exhibit "A" is a true and correct copy of my October 4, 2010 electronic mail message -- to which I attached a draft copy of Plaintiffs' First Amended Complaint ("FAC") -- to Defendant Apple, Inc.'s ("Defendant" and/or "Apple") attorney Thomas A. Counts, Esq.

4.     Neither Mr. Counts nor any other Apple representative responded to the electronic mail message described in the preceding paragraph.

5.     SCA filed Plaintiffs' FAC on October, 12, 2010. *Dckt No.* 22.

I declare, under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 7th of January, 2011 at Oakland, California.

/s/ Matthew R. Bainer
Matthew R. Bainer, Esq.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

# EXHIBIT A

## Kate T. Ngo

**From:** Matthew R. Bainer
**Sent:** Monday, October 04, 2010 3:54 PM
**To:** 'tomcounts@paulhastings.com'
**Cc:** Attys 2
**Subject:** Apple

Mr. Counts,

I haven't had the pleasure of speaking with you, but I am one of the attorneys working on the Baltazar v. Apple matter. We have received and reviewed your Motion to Dismiss and, while we believe the Complaint is procedurally appropriate in its current form, we would prefer to simply avoid unnecessary and protracted motion work on this issue if we can do so. To that end, I have attached a draft Fist Amended Complaint for your review. We believe that the proposed Amended Complaint alleviates all of the concerns addressed in your Motion. If you agree, please let us know and we will go ahead and prepare the proposed revised Complaint for filing. If you disagree, please let us know what further revisions or information not already provided you believe is necessary to provide your client statutorily sufficient information regarding the nature of the claims presented.

I look forward to your prompt response.

Matthew R. Bainer, Esq.
Scott Cole & Associates, APC
Class Action Attorneys
Telephone: (510) 891-9800
Facsimile: (510) 891-7030

Please visit us on-line at http://www.scalaw.com for more information about Scott Cole & Associates, APC.

This e-mail message contains legally-privileged information. If received in error, please
do not further disseminate this information and notify us as soon as possible. Thank you.