Scott Edward Cole, Esq. (S.B. # 160744)
Matthew R. Bainer, Esq. (S.B. # 220972)
Hannah R. Salassi, Esq. (S.B. # 230117)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
email:  scole@scalaw.com
email:  mbainer@scalaw.com
email:  hsalassi@scalaw.com
web:    www.scalaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Class

David M. Walsh (S.B. # 120761) davidwalsh@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071

Thomas A. Counts (S.B. # 148051) tomcounts@paulhastings.com
Eric A. Long (S.B. # 244147) ericlong@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105-3441

Attorneys for Defendant
Apple Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JACOB BALTAZAR, CLAUDIA KELLER, JOHN R. BROWNING, individually, and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>APPLE INC.,<br><br>            Defendant | Case No. CV-10-03231-JF<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: January 28, 2011<br>Time: 9:00 a.m.<br>Dept.: Courtroom 3, 5th Floor<br>Judge: Hon. Jeremy Fogel |

Plaintiffs Jacob Baltazar, Claudia Keller and John R. Browning ("Plaintiffs"), individually and as putative class representatives, and defendant Apple Inc. ("Defendant") hereby submit this Supplemental Case Management Conference Statement pursuant to Federal Rules of Civil Procedure ("F.R.C.P") Rule 26(f) and Local Rule 16-9. The parties submitted their Joint Case Management Conference Statement on December 10, 2010. An initial case management conference was held on December 17, 2010. Due to Defendant's Motion to Dismiss and Motion to Strike Class Allegations scheduled to be heard on January 28, 2011, this Court continued the matter for further case management pending the outcome of those motions.

To date, there have been no developments in this matter which would alter the position of the parties as described in their initial Joint Case Management Conference Statement. It should be noted that the parties have exchanged initial disclosures, but have not commenced any other discovery. It is still the parties' intention to conduct an initial round of discovery and, then, make a good faith effort to resolve the dispute through mediation.

Plaintiffs renew the following pertinent requests:

1) That the Court refrain from setting deadlines for dispositive motions (e.g. motions for class certification, summary adjudication) and/or amendment of the pleadings until the parties have conducted an initial round of discovery.

2) That the Court allow the parties to commence an initial round of discovery, meet and confer at the conclusory thereof regarding additional discovery needed, and then apprise the Court as to the parties' progress.

Defendant renews the following pertinent requests:

1) That the Court enforce a discovery stay pending a resolution of Apple's pending Motion To Dismiss and Motion To Strike, and through the resolution of any subsequent pleading challenges should Plaintiffs be granted leave to amend their First Amended Complaint as a result of Apple's motions. No discovery should be permitted until the pleadings are settled.

Dated: January 21, 2011  **SCOTT COLE & ASSOCIATES, APC**

By: /s/ Matthew R. Bainer
Matthew R. Bainer, Esq.
Attorneys for the Representative Plaintiffs
and the putative Plaintiff Classes

Dated: January 21, 2011  **PAUL, HASTINGS, JANOFSKY & WALKER LLP**

By: /s/ Thomas A. Counts
Thomas A. Counts, Esq.
Attorneys for Defendant
Apple Inc

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

Case No. CV 10-3231 JF -2- Supplemental Joint Case Management Conference Statement