1  Scott Edward Cole, Esq. (S.B. #160744)
   Matthew R. Bainer, Esq. (S.B. #220972)
2  Hannah R. Salassi, Esq. (S.B. #230117)
   **SCOTT COLE & ASSOCIATES, APC**
3  1970 Broadway, Ninth Floor
   Oakland, California 94612
4  Telephone: (510) 891-9800
   Facsimile: (510) 891-7030
5  Email: scole@scalaw.com
   Email: mbainer@scalaw.com
6  Email: hsalassi@scalaw.com
   Web: www.scalaw.com
7
   Attorneys for Representative Plaintiffs
8  and the putative Plaintiff Classes

9

10                    **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

12

13  JACOB BALTAZAR, CLAUDIA            )   **Case No. C10-03231 CRB**
    KELLER, JOHN R. BROWNING,          )
14  MATTHEW HALPER, JUDI               )   **CLASS ACTION**
    RITCHIE, CHADWICK HORN             )
15  individually, and on behalf of all others )   **STIPULATION AND [PROPOSED] ORDER**
    similarly situated,                )   **TO EXTEND DATE FOR CASE**
16                                     )   **MANAGEMENT CONFERENCE**
                     Plaintiffs,       )
17                                     )
    vs.                                )
18                                     )
    APPLE INC.,                        )
19                                     )
                     Defendant.        )
20

21

22       Pursuant to Local Rule 6-2(b), Plaintiffs Jacob Baltazar, Claudia Keller, John R. Browning,

23  Matthew Halper, Judi Ritchie, Chadwick Horn ("Plaintiffs") and the putative plaintiff classes, and

24  Defendant Apple Inc. ("Defendant") enter this Stipulation and submit the accompanying [Proposed]

25  Order to Extend the Date for Case Management Conference based on the following facts:

26       **WHEREAS** the Court has set the Initial Case Management Conference in this matter for

27  December 9, 2011 at 10:00 a.m. (*See Dkt*. #73).

28

---
-1-
Stipulation and [Proposed] Order to Extend Case Management Conference Hearing Date

1  **WHEREAS** Plaintiffs' counsel will not be available on December 9, 2011 due to a
2  previously-planned vacation out-of-state.

3  **WHEREAS** after meeting and conferring, the parties are unable to coordinate any other
4  mutually-available dates during the month of December 2011.

5  **WHEREAS** the parties stipulate and agree to continue the Initial Case Management
6  Conference to the earliest mutually available date, January 13, 2011, at 8:30 a.m., subject to Court's
7  approval and availability.

8  **THEREFORE**, the parties hereby STIPULATE as follows:

9  The Initial Case Management Conference currently schedule for December 9, 2011 shall be
10 continued to January 13, 2012 at 8:30 a.m. subject to the approval of the Court.

12 Dated: October 25, 2011

13                             **SCOTT COLE & ASSOCIATES, APC**

15                     By:   /s/ Hannah R. Salassi
16                             Hannah R. Salassi, Esq.
                            Attorneys for the Representative Plaintiffs
17                             And the Plaintiff Classes

19 Dated: October 25, 2011         **PAUL HASTINGS LLP**

21                     By:   /s/ Eric A. Long
22                             Eric A. Long.
                            Attorneys for Defendant Apple Inc.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

**DECLARATION OF E-FILED SIGNATURE**

I, Hannah R. Salassi, Esq., am the ECF User whose ID and password are being used to file this Joint Case Management Conference Statement. In compliance with General Order 45, X.B., I hereby declare that Eric A. Long, attorney for Defendant Apple Inc., has read and approved this Stipulation and [Proposed] Order to Extend Case Management Conference Hearing Date.

Dated: October 25, 2011

**SCOTT COLE & ASSOCIATES, APC**

By:    /s/ Hannah R. Salassi
       Hannah R. Salassi, Esq.
       Attorneys for the Representative Plaintiffs
       And the Plaintiff Classes

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

# [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED** that:

The Initial Case Management Conference currently scheduled for December 9, 2011 is hereby continued to __January 13, 2012__, ~~2011~~ at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: ___October 26___, 2011    By: _____
The Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(Seal: United States District Court, Northern District of California)

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800