IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BALTAZAR, CLAUDIA KELLER, JOHN R. BROWNING, individually, and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE, INC.,<br><br>    Defendant.<br>_____/ | No. C 10-03231 WHA<br><br>**ORDER GRANTING LEAVE TO FILE MOTION TO DISMISS AND MOTION TO STRIKE PLAINTIFFS' THIRD AMENDED COMPLAINT** |

Defendant Apple, Inc. requests leave to file a motion to dismiss and to strike plaintiffs' third amended complaint (Dkt. No. 85). Plaintiffs oppose (Dkt. No. 88). Having considered the submissions from both sides, the request is **GRANTED**. Apple should refile the motions and request a hearing date. The motions will briefed and heard on the normal 35-day track.

**IT IS SO ORDERED.**

Dated: November 22, 2011.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE